NOVEMBER 27, 2009
FROM: JOHN KING
TO: HONORABLE JUDGE JAMES MARLAR
CASE #4:09-bk-16883-JMM
SUBJECT: PROPOSED MOTION TO LIFT AUTOMATIC STAY

   I John M King respectfully asks the court to not lift the automatic stay due to several unresolved issues
with the insurance & the mortgage company. I would like to request a hearing and I'm to have an attorney and her
name is Susan Kolb. Leroy Roar of Next Level Inc continues to represent in the loan modification and he has been retained.
Thank you for your consideration in this matter in these very trying times.

Thank you so much,

*John M. King*

FILED
'09 DEC -1 P 12:50
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

12/01/2009